# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0115
LT Case No. 05-2021-CF-53343-A

_____

ISMAEL CRUZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Stephen George Henderson, Judge.

William R. Ponall and Laura L. Cepero, of Ponall Law,
Maitland, for Appellant.

James Uthmeier, Attorney General, Tallahassee and Samuel
Perrone, Assistant Attorney General, Daytona Beach, for
Appellee.

November 20, 2025


PER CURIAM.

    AFFIRMED.

HARRIS and SOUD, JJ., and BLOCKER, L.P., Associate Judge,
concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____